*1069 ante, p. 810;
ante, p. 812;
ante, p. 813;
ante, p. 815;
ante, p. 816;
ante, p. 819;
ante, p. 820;
ante, p. 810;
ante, p. 821;
ante, p. 822;
ante, p. 822;
ante, p. 824;
ante, p. 826;
ante, p. 827;
ante, p. 829;
ante, p. 832;
ante, p. 835;
ante, p. 837;
*1070 No. 02-10916.
No. 02-11024.
No. 02-11114.
No. 02-11202.
No. 03-60.
No. 03-70.
No. 03-100.
No. 03-113.
No. 03-120.
No. 03-198.
No. 03-202.
No. 03-206.
No. 03-302.
No. 03-5007.
No. 03-5087.
No. 03-5116.
No. 03-5246.
No. 03-5290.
No. 03-5335.
No. 03-5342.
No. 03-5374.
No. 03-5407.
No. 03-5473.
No. 03-5499.
ante, p. 843;
ante, p. 849;
ante, p. 855;
ante, p. 860;
ante, p. 875;
ante, p. 876;
ante, p. 877;
ante, p. 878;
ante, p. 878;
ante, p. 881;
ante, p. 881;
ante, p. 881;
ante, p. 882;
ante, p. 882;
ante, p. 887;
ante, p. 889;
ante, p. 897;
ante, p. 900;
ante, p. 902;
ante, p. 903;
ante, p. 905;
ante, p. 907;
ante, p. 911;
ante, p. 912;
*1071 No. 03-5527.
No. 03-5642.
No. 03-5651.
No. 03-5673.
No. 03-5724.
No. 03-5741.
No. 03-5808.
No. 03-5849.
No. 03-5935.
No. 03-5965.
No. 03-5988.
No. 03-6048.
ante, p. 914;
ante, p. 921;
ante, p. 951;
ante, p. 951;
ante, p. 923;
ante, p. 924;
ante, p. 927;
ante, p. 944;
ante, p. 932;
ante, p. 958;
ante, p. 933; and
ante, p. 935. Petitions for rehearing denied.